**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Dawn Kane** | : | **Case No.: 16-10659** |
| | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| | : | |

..............................................................................

| | : | |
|---|---|---|
| **Dawn Kane** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Adv. Pro. No. 17-00136** |
| **vs.** | : | |
| | : | |
| **Wells Fargo Bank N.A.** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**ORDER OF COURT**

AND NOW, to wit, this __8th__ day of _____August_____, 2017, upon consideration of the Stipulation of Settlement of Complaint to Determine Dischargeability of Debt and to Avoid Second Lien, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

By the Court:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

16-009017_SCS2

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)

Jeanne Marie Cella, Attorney for Debtor, 215 N Olive St, Ste 101, Media, PA 19063 (notified by ecf)

Dawn Kane, Debtor, 355 Upland Way, Drexel Hill, PA 19026 (notified by regular US Mail)

Wells Fargo Bank Nv Na, Party of Interest, Po Box 31557, Billings, MT 59107 (notified by regular US Mail)

16-009017_SCS2